# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

August 8, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York   10007

**United States v. Bernardi, et al**
**21 Cr. 616 (PGG)**

Your Honor:

I represent defendant **Sunil Chandra** in the above-referenced matter which is scheduled for an in person conference on August 17, 2022.

I write today to respectfully request that Mr. Chandra be permitted to participate remotely in the upcoming conference by teleconference. I make this request because Mr. Chandra's wife (80 years of age) has been quite ill these past few weeks. There has been no diagnosis as yet but Mrs. Chandra suffers from acute weakness. Her fragility renders her unable to prepare food, needs assistance with eating and with her bathroom needs. She is mostly bedridden and dependent on Mr. Chandra for these and other daily needs. Mr. and Mrs. Chandra reside in Virginia by themselves.

In the event Your Honor approves this application I have enclosed a Consent to Proceed By Teleconference signed by Mr. Chandra and counsel. I, of course, intend to participate in person at the conference. Please be advised that government counsel have no objection to the granting of this application.

Thank you for your consideration.

Respectfully submitted,

Richard H. Rosenberg

**Memo Endorsed:** The application is granted. Defendant Sunil Chandra is directed to call into the 4:30 p.m. status conference at 888-363-4749, and to enter the access code 6212642. Defense counsel is directed to appear in person at the conference.

SO ORDERED.

[signature] CF)

Paul G. Gardephe
United States District Judge
Dated: August 15, 2022