# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

July 27, 2023

Hon. Paul G. Gardephe  
United States District Judge  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, New York 10007

        Re:    **United States v. Sunil Chandra**  
                    **21 Cr. 616 (PGG)**

Dear Judge Gardephe:

      I write on behalf of my client, Sunil Chandra, to request a continuance of his sentencing currently scheduled for August 20, 2023.

      As noted in the Pre-Sentence Report at ¶52, Mr. Chandra has been experiencing [REDACTED] for a long while. Proudly, and perhaps inadvisably, Mr. Chandra had not seen a doctor for more than 40 years. He also suffers from [REDACTED]. At counsel's concerned suggestion, Mr. Chandra has just recently consulted with a [REDACTED] specialist, Dr. [REDACTED] and with a primary care physician. He is currently attending physical therapy for [REDACTED] three times per week.

      Dr. [REDACTED] writes that Mr. Chandra's [REDACTED] esting and further evaluation of Mr. Chandra's underlying condition are anticipated to occur over the next two to three months. Dr. [REDACTED] letter to counsel summarizing his current findings and course of treatment is attached hereto as Exhibit A.[1]

---

[1] Exhibit A has been redacted from the public filing as it contains confidential medical information.

His primary care physician has found that Mr. Chandra has ▬▬▬. The doctor has directed Mr. Chandra to take ▬▬▬. It is likely that the ▬▬▬ can be performed sometime in mid- to late-August.

Counsel is concerned about having Mr. Chandra sentenced before more is known of his diagnosis and treatment plan(s) for the above-listed conditions because of the impact that any diagnosis might have upon the sentence Your Honor finds appropriate to impose on this 81-year-old defendant.

Accordingly, and respectfully, with the Government's consent, counsel requests that the Court adjourn sentencing to a date in mid-October 2023. Thank you for your consideration of this request and continued courtesies to counsel.

Respectfully submitted,
/s/
Richard H. Rosenberg, Esq.

Cc:     All counsel (by ECF)

**MEMO ENDORSED:** Sentencing is adjourned to October 13, 2023 at 3:00 p.m.  The Defendant's submission is due by September 25, 2023.  The Government submission is due by October 2, 2023.
SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Date:  August 3, 2023