# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

August 15, 2023

Hon. Paul G. Gardephe  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re: United States v. Bernardi, et al  
21 Cr. 616 (PGG)

Dear Judge Gardephe:

I am the CJA attorney representing **Sunil Chandra** in the above-referenced matter having been appointed in October 2021. Having not as yet sought compensation, I write today to respectfully request permission for me to submit an interim CJA voucher for services performed thus far in this case. The granting of this application would assist counsel in the management of his practices.

Thank you for your consideration to this request and continued courtesies to counsel.

**MEMO ENDORSED**  
**The Application is granted.**  
**SO ORDERED:**

*Paul Gardephe* (signature)

**Paul G. Gardephe, U.S.D.J.**  
Date: August 22, 2023

Respectfully submitted,

Richard H. Rosenberg