UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

SUNIL CHANDRA,

                Defendant.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing scheduled for **October 13, 2023** will take place at **11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge