# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 9, 2024

Hon. Paul G. Gardephe  
United States District Court  
U. S. Courthouse  
40 Foley Square  
New York, New York   10007

Re: **United States v. Sunil Chandra**  
**21 Cr. 616 (PGG)**

Dear Judge Gardephe:

I write today to request that Your Honor authorize Pre-Trial Services of the United States District Court for the Southern District of New York to release to Mr. Chandra his travel documents which include his United States Passport and his Overseas Citizens of India ("OCI") card. That office is presently holding the documents as a condition of Mr. Chandra's pre-trial release. I understand that unless we request the return of the passport it will be sent to the Department of State

If Your Honor grants this request and authorizes Pre-Trial Services to return these documents to Mr. Chandra kindly "So Order" this letter request.

Thank you for your consideration and your continued courtesies to counsel.

Very sincerely,

Richard H. Rosenberg

cc.: All parties by ECF

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 9, 2024