# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

January 9, 2024

Hon. Paul G. Gardephe  
United States District Court  
U. S. Courthouse  
40 Foley Square  
New York, New York   10007

Re: United States v. Sunil Chandra  
21 Cr. 616 (PGG)

Dear Judge Gardephe:

Mr. Chandra was sentenced on October 13, 2023. Since that day Mr. Chandra has obeyed Your Honor's sentence judgment that he be placed on home detention. He has maintained that discipline daily since his sentence date, only leaving the residence to run the necessary chores to maintain his household. He has kept a diary of his comings and goings, consistent with Your Honor's sentencing order, to show his compliance since October 13th.

Mr. Chandra's record keeping was necessitated by Probation's failure to assign an officer to his case for the past three months. Despite Mr. Chandra's repeated entreaties, it is only been this past week that his local Virginia based Probation Office assigned an officer to his case. That office, in consultation with the New York Southern District Probation Office, insist upon electronic monitoring and refuse to give him credit for his voluntary commitment and abideness to home detention since October 13, 2023.

I write today to most respectfully request that Your Honor issue an order directing that Mr. Chandra be given credit for home detention for the period beginning October 13, 2023 until present.

Thank you for your consideration and your continued courtesies to counsel.

Very sincerely,

Richard H. Rosenberg

cc.: All parties by ECF

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 10, 2024