# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 12, 2024

Hon. Paul G. Gardephe  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, New York  10007

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**  
Date: November 13, 2024

**Re: United States v. Sunil Chandra**  
**21 Cr. 616 (PGG)**

Your Honor:

    I write on behalf of my former client, Sunil Chandra, to request re-appointment under the Criminal Justice Act in order to move for an order modifying the terms of his restitution as contained in the Court's order filed November 15, 2023. (Dkt. 111). That order directed that the defendant make "monthly installment payments of at least 5% of the defendant's gross income . . . ."

    Mr. Chandra has just completed the one year term of home detention and continues on supervised release. He still cares for his health compromised wife full time while engaged in formulating a start-up cyber-security firm. He derives no income from that company. He and his wife subsist on their monthly Social Security benefits. Still, Mr. Chandra is in arrears with the mortgage on their home.

    Mr. Chandra has been notified by the S.D.N.Y. U.S. Attorney's Office that 15% of his Social Security benefits are now being withheld for restitution payment. The $395 monthly deduction is causing hardship. Should the Court grant this application for re-assignment counsel would submit a full, detailed picture of Mr. Chandra's need for a modification and propose a court ordered percentage reduction of the withheld amount knowing that Social Security payments are not exempt from restitution collection.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully,  
*Richard H. Rosenberg*  
Richard H. Rosenberg